UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARDELL LEVERT JENKINS,                                    Case No. 18-CV-0208 (ADM/DTS)

               Plaintiff,

v.

FARGO POLICE DEPARTMENT; UNKNOWN
FEMALE OFFICER; and UNKNOWN MALE
OFFICERS,

               Defendants.

ARDELL LEVERT JENKINS,                                    Case No. 18-CV-0209 (ADM/DTS)

               Plaintiff,

v.

CHANDA JACKSON and JENNIFER KIM PAGE,

               Defendants.

ARDELL LEVERT JENKINS,                                    Case No. 18-CV-0210 (ADM/DTS)

               Plaintiff,

v.

DETECTIVE GRESS,

               Defendant.

ARDELL LEVERT JENKINS,                                    Case No. 18-CV-0212 (ADM/DTS)

               Plaintiff,

v.

JUDGE HERMAN DOUGLAS,

               Defendant.

ARDELL LEVERT JENKINS,

                    Plaintiff,                                 Case No. 18-CV-0213 (ADM/DTS)

v.

JUDGE BAILEY,

                    Defendant.

ARDELL LEVERT JENKINS,

                    Plaintiff,                                 Case No. 18-CV-0214 (ADM/DTS)

v.

J. HANSON; J. SHICK; K. KRAFT; B. BOWDEN; E.
CEDIO; J. PHILLIPS; KITCHEN STAFF; JAKE
MURRAY; M. KASPRICK; and CAWEN,

                    Defendants.

ARDELL L. JENKINS,

                    Plaintiff,                               Case No. 18-CV-0215 (ADM/DTS)

v.

JUSTIN ROBERTS and CLAY COUNTY SHERIFF
DEPARTMENT,

                    Defendants.

-2-

ARDELL LEVERT JENKINS,

               Plaintiff,

v.

GERALD GREENBERRY,

               Defendant.

Case No. 18-CV-0216 (ADM/DTS)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 23, 2018.  No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED THAT these actions are DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 11, 2018

               s/Ann D. Montgomery
               ANN D. MONTGOMERY
               United States District Judge